IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TIMOTHY DOYLE YOUNG,**

        **Plaintiff,**

    v.                                  CASE NO. 17-3099-SAC-DJW

**RICHARD WINTER, et al.,**

        **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff, Timothy Doyle Young, is a federal prisoner incarcerated at the U.S.P.-Max-ADX in Florence, Colorado. He brings a civil rights action broadly alleging violations of his constitutional rights.[1]

Plaintiff is subject to the "three-strikes" provision of 28 U.S.C. § 1915(g). *See In re Timothy Doyle Young*, 382 Fed.Appx. 148, 2010 WL 2178514 (3d Cir. June 1, 2010) and *Young v. United States*, 2014 WL 2515586 (S.D.Oh. June 4, 2014)(listing qualifying strikes). Therefore plaintiff may proceed in forma pauperis only is he shows a threat of imminent danger of serious physical injury.

The Court has reviewed the complaint and exhibits and finds no such showing.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including July 13, 2017, to submit the $400.00 filing fee. The failure to submit the fee by that time will result in the dismissal of this matter without prejudice and without additional prior notice.

---

[1] The complaint and attachments are 99 pages in length and present claims that include allegations of obstruction of justice, substandard and insufficient hygiene supplies, fraud, insufficient access to indigent legal postage and writing paper, tampering with administrative grievances, inadequate medical supplies and dissatisfaction with medical care.

**IT IS SO ORDERED.**

DATED:  This 13th day of June, 2017, at Kansas City, Kansas.


	s/ David J. Waxse
	DAVID J. WAXSE
	U.S. Magistrate Judge